In the Matter of the Accounting of THOMAS J. DURKIN, as Committee of the Person and Estate of JAMES A. DURKIN, an Incompetent Person, Appellant.

LOUIS BAUM, Respondent.

*Appeal, without permission, from an order affirming order directing committee of incompetent to file account dismissed.*

*Matter of Durkin*, 191 App. Div. 919, appeal dismissed.

(Submitted September 28, 1920; decided October 12, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 30, 1920, which affirmed an order of Special Term directing the committee of an incompetent person to file his accounts.

*Albert C. Jordan* for appellant.
*David Gorfinkel* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ELKUS, JJ.